JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DAVID JOSEPH SAMSON,

                Plaintiff,

                v.

UNITED STATES OF AMERICA,

                Defendant.

No. SA CV 16-00991 JVS (KKx)

ORDER OF DISMISSAL WITH PREJUDICE

      Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

      1.  This action is dismissed in its entirety with prejudice; and

      2.  Each party shall bear their own costs, attorneys' fees and expenses.

Dated this 2d day of October 2019.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE